## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JIM REHERMAN, Individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) KODA HOLDINGS, LLC d/b/a KODA RESOURCES, ) ) ) ) Defendant. ) | C.A. No. 22-129-RGA |

## MOTION TO TRANSFER VENUE TO THE DISTRICT OF COLORADO

Defendant KODA Holdings, LLC ("KODA"), by and through undersigned counsel, respectfully moves this Court pursuant to 28 U.S.C. § 1404(a) for an order transferring this action to the District of Colorado for the convenience of the parties, witnesses, and in the interests of justice. The grounds for this Motion are set forth in the Memorandum of Points and Authorities in Support which is being filed contemporaneously herewith.

## DEFENDANT'S RULE 7.1.1 STATEMENT

Undersigned counsel, Janette L. Ferguson, Esquire, hereby certifies that she has conferred by telephone with counsel for Plaintiff in this matter and reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion.

13523706/1

|  |  |
|---|---|
| *Of Counsel*:<br><br>Janette L. Ferguson, Esq.<br>Jessica P. Marsh, Esq.<br>Williams Weese Pepple & Ferguson<br>1801 California Street, Suite 3400<br>Denver, Colorado 80202<br>(303) 861-2828<br>jferguson@williamsweese.com<br>jmarsh@williamsweese.com | **MORRIS JAMES LLP**<br><br>/s/ *Allyson M. Britton*<br>James H. McMackin, III (#4284)<br>Allyson M. Britton (#4830)<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br>(302) 888-6800<br>jmcmackin@morrisjames.com<br>abritton@morrisjames.com<br><br>*Attorneys for Defendant Koda Holdings, LLC d/b/a Koda Resources* |

Dated:  March 25, 2022