IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JIM REHERMAN, Individually and on behalf of all others similarly situated, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 22-129-RGA |
| KODA HOLDINGS, LLC d/b/a KODA RESOURCES, | : : : | |
| Defendant. | : : | |

**ORDER TRANSFERRING CASE**

Defendant filed a motion to transfer (D.I. 13), and oral argument was heard on May 31, 2022. For the reasons stated on the record the Court will grant the motion to transfer (D.I. 13).

The case is now **TRANSFERRED** to the United States District Court for the District of Colorado.

IT IS SO ORDERED this 1st day of June 2022.

/s/ Richard G. Andrews
United States District Judge